UNITED STATES BANKRUPTCY COURT
NORTHERN **DISTRICT OF** ILLINOIS
EASTERN **DIVISION**

In re:                                    §
                                          §
ZURAKOV, MICHAEL A.                       §         Case No. 14-07574
                                          §
            Debtor(s)                     §

CHAPTER 7 TRUSTEE'S FINAL ACCOUNT AND DISTRIBUTION
REPORT CERTIFICATION THAT THE ESTATE HAS BEEN FULLY
ADMINISTERED AND APPLICATION TO BE DISCHARGED (TDR)

     Phillip D. Levey, chapter 7 trustee, submits this Final Account, Certification that the Estate has been Fully Administered and Application to be Discharged.

     1) All funds on hand have been distributed in accordance with the Trustee's Final Report and, if applicable, any order of the Court modifying the Final Report. The case is fully administered and all assets and funds which have come under the trustee's control in this case have been properly accounted for as provided by law. The trustee hereby requests to be discharged from further duties as a trustee.

     2) A summary of assets abandoned, assets exempt, total distributions to claimants, claims discharged without payment, and expenses of administration is provided below:

| | |
|---|---|
| Assets Abandoned: 291,100.00 *(Without deducting any secured claims)* | Assets Exempt: 222,363.00 |
| Total Distributions to Claimants:  10,558.30 | Claims Discharged Without Payment:  1,334,270.34 |
| Total Expenses of Administration: 4,638.70 | |

     3) Total gross receipts of $ 15,197.00  (see **Exhibit 1**), minus funds paid to the debtor and third parties of $ 0.00  (see **Exhibit 2**), yielded net receipts of $ 15,197.00  from the liquidation of the property of the estate, which was distributed as follows:

|  | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|
| SECURED CLAIMS (from **Exhibit 3**) | $ 328,574.91 | $ 0.00 | $ 0.00 | $ 0.00 |
| PRIORITY CLAIMS: CHAPTER 7 ADMIN. FEES AND CHARGES (from **Exhibit 4**) | NA | 4,638.70 | 4,638.70 | 4,638.70 |
| PRIOR CHAPTER ADMIN. FEES AND CHARGES (from **Exhibit 5**) | NA | NA | NA | NA |
| PRIORITY UNSECURED CLAIMS (from **Exhibit 6**) | NA | NA | NA | NA |
| GENERAL UNSECURED CLAIMS (from **Exhibit 7**) | 867,190.57 | 477,638.07 | 477,638.07 | 10,558.30 |
| **TOTAL DISBURSEMENTS** | $ 1,195,765.48 | $ 482,276.77 | $ 482,276.77 | $ 15,197.00 |

4)  This case was originally filed under chapter 7 on  03/04/2014 .  The case was pending for 19 months.

5)  All estate bank statements, deposit slips, and canceled checks have been submitted to the United States Trustee.

6) An individual estate property record and report showing the final accounting of the assets of the estate is attached as **Exhibit 8**.  The cash receipts and disbursements records for each estate bank account, showing the final accounting of the receipts and disbursements of estate funds is attached as **Exhibit 9**.

Pursuant to Fed R Bank P 5009, I hereby certify, under penalty of perjury, that the foregoing report is true and correct.

Dated:  09/29/2015          By:/s/Phillip D. Levey
                                    Trustee

**STATEMENT**: This Uniform Form is associated with an open bankruptcy case, therefore, Paperwork Reduction Act exemption 5 C.F.R. § 1320.4(a)(2) applies.

# EXHIBITS TO
# FINAL ACCOUNT

## EXHIBIT 1 – GROSS RECEIPTS

| DESCRIPTION | UNIFORM TRAN. CODE[1] | $ AMOUNT RECEIVED |
|---|---|---|
| Income Tax Refunds | 1224-000 | 15,197.00 |
| **TOTAL GROSS RECEIPTS** | | **$ 15,197.00** |

[1]The Uniform Transaction Code is an accounting code assigned by the trustee for statistical reporting purposes.

## EXHIBIT 2 – FUNDS PAID TO DEBTOR & THIRD PARTIES

| PAYEE | DESCRIPTION | UNIFORM TRAN. CODE | $ AMOUNT PAID |
|---|---|---|---|
| NA | | NA | NA |
| **TOTAL FUNDS PAID TO DEBTOR & THIRD PARTIES** | | | **$ 0.00** |

## EXHIBIT 3 – SECURED CLAIMS

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6D) | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| | Citibank, N.A. 1000 Technology Drive MS 504A O Fallon, MO 63368-2240 | | 125,548.00 | NA | NA | 0.00 |
| | Nissan-Infiniti P.O. Box 660366 Dallas, TX 75266-0366 | | 4,352.00 | NA | NA | 0.00 |

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6D) | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| | Wells Fargo Home Mortgage Attn: Bankruptcy Dept. 8480 Stagecoach Circle Frederick, MD 21701-4747 | | 198,674.91 | NA | NA | 0.00 |
| TOTAL SECURED CLAIMS | | | $ 328,574.91 | $ 0.00 | $ 0.00 | $ 0.00 |

## EXHIBIT 4 – CHAPTER 7 ADMINISTRATIVE FEES and CHARGES

| PAYEE | UNIFORM TRAN. CODE | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|
| LEVEY, PHILLIP D. | 2100-000 | NA | 2,269.70 | 2,269.70 | 2,269.70 |
| LEVEY, PHILLIP D. | 2200-000 | NA | 48.94 | 48.94 | 48.94 |
| ARTHUR B. LEVINE COMPANY | 2300-000 | NA | 10.85 | 10.85 | 10.85 |
| ASSOCIATED BANK | 2600-000 | NA | 194.21 | 194.21 | 194.21 |
| LEVEY, PHILLIP D. | 3110-000 | NA | 2,115.00 | 2,115.00 | 2,115.00 |
| TOTAL CHAPTER 7 ADMIN. FEES AND CHARGES | | $ NA | $ 4,638.70 | $ 4,638.70 | $ 4,638.70 |

## EXHIBIT 5 – PRIOR CHAPTER ADMINISTRATIVE FEES and CHARGES

| PAYEE | UNIFORM TRAN. CODE | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|
| NA | NA | NA | NA | NA | NA |
| TOTAL PRIOR CHAPTER ADMIN. FEES AND CHARGES | | $ NA | $ NA | $ NA | $ NA |

## EXHIBIT 6 – PRIORITY UNSECURED CLAIMS

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6E) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| NA | NA | NA | NA | NA | NA | NA |
| TOTAL PRIORITY UNSECURED CLAIMS | | | $ NA | $ NA | $ NA | $ NA |

## EXHIBIT 7 – GENERAL UNSECURED CLAIMS

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6F) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| | Bank of America P.O.Box 982235 El Paso, TX 79998-2235 | | 10,670.54 | NA | NA | 0.00 |
| | David H. Hozza P.O. Box 97 Superior, WI 54880 | | 0.00 | NA | NA | 0.00 |
| | Discover Financial Services P.O. Box 15316 Wilmington, DE 19850-5316 | | 6,180.00 | NA | NA | 0.00 |
| | Judith Peres P.O. Box 97 Superior, WI 54880 | | 0.00 | NA | NA | 0.00 |
| | New York Life Visa c/o First Bankcard P.O. Box 2557 Omaha, NE 68103-2557 | | 7,762.68 | NA | NA | 0.00 |

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6F) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| | Superior Choice Credit Union Parrish J. Jones, Esq. 823 Belknap Road Superior, WI 54880 | | 842,577.35 | NA | NA | 0.00 |
| 000002 | SUPERIOR CHOICE CREDIT UNION | 7100-000 | NA | 37,966.30 | 37,966.30 | 839.25 |
| 000003 | SUPERIOR CHOICE CREDIT UNION | 7100-000 | NA | 7,378.05 | 7,378.05 | 163.10 |
| 000004 | SUPERIOR CHOICE CREDIT UNION | 7100-000 | NA | 429,213.72 | 429,213.72 | 9,487.87 |
| 000001 | DISCOVER BANK | 7100-900 | NA | 3,080.00 | 3,080.00 | 68.08 |
| TOTAL GENERAL UNSECURED CLAIMS | | | $ 867,190.57 | $ 477,638.07 | $ 477,638.07 | $ 10,558.30 |

**FORM 1**

**INDIVIDUAL ESTATE PROPERTY RECORD AND REPORT**

**ASSET CASES**

Page:   1

Exhibit 8

| Case No: | 14-07574 | JBS   Judge: JACK B. SCHMETTERER | Trustee Name: | Phillip D. Levey |
|---|---|---|---|---|
| Case Name: | ZURAKOV, MICHAEL A. | | Date Filed (f) or Converted (c): | 03/04/14 (f) |
| | | | 341(a) Meeting Date: | 04/04/14 |
| For Period Ending:  06/18/15 | | | Claims Bar Date: | 09/17/14 |

| 1 | 2 | 3 | 4 | 5 | 6 |
|---|---|---|---|---|---|
| Asset Description (Scheduled and Unscheduled (u) Property) | Petition/ Unscheduled Values | Estimated Net Value (Value Determined by Trustee, Less Liens, Exemptions, and Other Costs) | Property Formally Abandoned OA=554(a) Abandon | Sale/Funds Received by the Estate | Asset Fully Administered (FA)/ Gross Value of Remaining Assets |
| 1. 1/2 - 5242 BROWN STREET, SKOKIE, ILLINOIS | 299,000.00 | 0.00 | OA | 0.00 | FA |
| 5242 Brown Street, Skokie, Illinois, 60077-3616 (1/2 interest with wife) (approx.) Debtor Claimed Exemption | | | | | |
| 2. Checking Account at Glenview State Bank (1835) | 274.00 | 0.00 | | 0.00 | FA |
| Debtor Claimed Exemption | | | | | |
| 3. M.A. Zurakov & Co. checking - Glenview State Bank | 1,129.00 | 0.00 | | 0.00 | FA |
| Debtor Claimed Exemption | | | | | |
| 4. E-Fund Construction checking - JPMorgan Chase | 1,115.00 | 0.00 | | 0.00 | FA |
| E-Fund Construction checking account at JPMorgan Chase Debtor Claimed Exemption | | | | | |
| 5. HOUSEHOLD GOODS | 2,000.00 | 2,000.00 | | 0.00 | FA |
| Miscellaneous Household Goods and Furnishings (1/2 interest with wife) Debtor Claimed Exemption | | | | | |
| 6. WEARING APPAREL | 2,000.00 | 0.00 | | 0.00 | FA |
| Miscellaneous Wearing Apparel Debtor Claimed Exemption | | | | | |
| 7. Whole Life - Northwest Mutual (beneficiary wife) | 2,188.00 | 0.00 | | 0.00 | FA |
| Debtor Claimed Exemption | | | | | |
| 8. Whole Life-New York Life (beneficiary: Wife) | 9,222.00 | 0.00 | | 0.00 | FA |
| Debtor Claimed Exemption | | | | | |
| 9. PENSION / PROFIT SHARING | 189,035.00 | 0.00 | | 0.00 | FA |
| M.A. Zurakov & Co. Profit Sharing Plan (approx.) Debtor Claimed Exemption | | | | | |
| 10. STOCK | 0.00 | 0.00 | | 0.00 | FA |

UST Form 101-7-TDR (10/1/2010) *(Page: 7)*

FORM 1
**INDIVIDUAL ESTATE PROPERTY RECORD AND REPORT**
**ASSET CASES**

Page:    2

Exhibit 8

| Case No: | 14-07574    JBS   Judge: JACK B. SCHMETTERER | Trustee Name: | Phillip D. Levey |
|---|---|---|---|
| Case Name: | ZURAKOV, MICHAEL A. | Date Filed (f) or Converted (c): | 03/04/14 (f) |
| | | 341(a) Meeting Date: | 04/04/14 |
| | | Claims Bar Date: | 09/17/14 |

| 1 | 2 | 3 | 4 | 5 | 6 |
|---|---|---|---|---|---|
| Asset Description (Scheduled and Unscheduled (u) Property) | Petition/ Unscheduled Values | Estimated Net Value (Value Determined by Trustee, Less Liens, Exemptions, and Other Costs) | Property Formally Abandoned OA=554(a) Abandon | Sale/Funds Received by the Estate | Asset Fully Administered (FA)/ Gross Value of Remaining Assets |
| M.A. Zurakov & Co. (sole proprietorship) | | | | | |
| 11. STOCK | 0.00 | 0.00 | | 0.00 | FA |
| E Fund Construction (sole proprietorship) | | | | | |
| 12. STOCK | 0.00 | 0.00 | | 0.00 | FA |
| 42.85% membership interest in North Superior Partners LLC | | | | | |
| 13. STOCK | 0.00 | 0.00 | | 0.00 | FA |
| 13.58% membership interest in Wisconsin Woodchuck, LLC | | | | | |
| 14. Income Tax Refunds (u) | 0.00 | 15,197.00 | | 15,197.00 | FA |
| Debtor filed post-petition, his tax returns for 2010, 2011, 2012 and 2013 for which he is entitled to a tax refund in an unknown amount | | | | | |
| 15. 2001 Nissan Extera | 2,000.00 | 2,000.00 | | 0.00 | FA |
| 16. 2006 Toyota Prius (1/2 interest with wife) | 5,000.00 | 2,600.00 | | 0.00 | FA |
| Debtor Claimed Exemption | | | | | |
| 17. 1970 Oday Javelin Sail Boat (1/2 interest) | 500.00 | 500.00 | | 0.00 | FA |
| 18. Self-Directed IRA | 0.00 | 0.00 | | 0.00 | FA |

Gross Value of Remaining Assets

| TOTALS (Excluding Unknown Values) | $513,463.00 | $22,297.00 | | $15,197.00 | $0.00 |
|---|---|---|---|---|---|

(Total Dollar Amount in Column 6)

Major activities affecting case closing which are not reflected above, and matters pending, date of hearing or sale, and other action:

Investigation of value of interests in closely held corporations.

Initial Projected Date of Final Report (TFR): 05/31/15        Current Projected Date of Final Report (TFR): 05/31/15

FORM 2

**ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD**

Page: 1

Exhibit 9

| Case No: | 14-07574  -JBS | | | Trustee Name: | Phillip D. Levey |
|---|---|---|---|---|---|
| Case Name: | ZURAKOV, MICHAEL A. | | | Bank Name: | ASSOCIATED BANK |
| | | | | Account Number / CD #: | *******5059  Checking |
| Taxpayer ID No: | *******4089 | | | | |
| For Period Ending: | 09/29/15 | | | Blanket Bond (per case limit): | $ 5,000,000.00 |
| | | | | Separate Bond (if applicable): | |

| 1 | 2 | 3 | 4 | | 5 | 6 | 7 |
|---|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description Of Transaction | Uniform Tran. Code | Deposits ($) | Disbursements ($) | Account / CD Balance ($) |
| | | | BALANCE FORWARD | | | | 0.00 |
| 07/06/14 | 14 | Weissberg And Associates, Ltd. | Income Tax Refund Turnover | 1224-000 | 15,197.00 | | 15,197.00 |
| 08/07/14 | | ASSOCIATED BANK | BANK SERVICE FEE | 2600-000 | | 18.22 | 15,178.78 |
| 09/08/14 | | ASSOCIATED BANK | BANK SERVICE FEE | 2600-000 | | 22.57 | 15,156.21 |
| 10/07/14 | | ASSOCIATED BANK | BANK SERVICE FEE | 2600-000 | | 21.81 | 15,134.40 |
| 11/07/14 | | ASSOCIATED BANK | BANK SERVICE FEE | 2600-000 | | 22.50 | 15,111.90 |
| 12/05/14 | | ASSOCIATED BANK | BANK SERVICE FEE | 2600-000 | | 21.74 | 15,090.16 |
| 01/08/15 | | ASSOCIATED BANK | BANK SERVICE FEE | 2600-000 | | 22.43 | 15,067.73 |
| 02/06/15 | | ASSOCIATED BANK | BANK SERVICE FEE | 2600-000 | | 22.40 | 15,045.33 |
| 03/06/15 | | ASSOCIATED BANK | BANK SERVICE FEE | 2600-000 | | 20.20 | 15,025.13 |
| 04/07/15 | | ASSOCIATED BANK | BANK SERVICE FEE | 2600-000 | | 22.34 | 15,002.79 |
| 04/27/15 | 010001 | Arthur B. Levine Company 60 East 42nd Street - Room 965 New York, New York  10165 | TRUSTEE'S BOND Premium - 2/1/15 to 2/1/16 | 2300-000 | | 10.85 | 14,991.94 |
| 07/29/15 | 010002 | Phillip D. Levey | Attorney for Trustee Fees (Trustee | 3110-000 | | 2,115.00 | 12,876.94 |
| 07/29/15 | 010003 | Phillip D. Levey | Trustee Compensation | 2100-000 | | 2,269.70 | 10,607.24 |
| 07/29/15 | 010004 | Phillip D. Levey | Trustee Expenses | 2200-000 | | 48.94 | 10,558.30 |
| 07/29/15 | 010005 | Discover Bank DB Servicing Corporation PO Box 3025 New Albany, OH 43054-3025 | Claim 000001, Payment 2.21039% | 7100-900 | | 68.08 | 10,490.22 |
| 07/29/15 | 010006 | Superior Choice Credit Union Attn: Tracy Livingston 2817 Tower Avenue Superior WI 54880 | Claim 000002, Payment 2.21051% | 7100-000 | | 839.25 | 9,650.97 |
| 07/29/15 | 010007 | Superior Choice Credit Union Attn: Tracy Livingston 2817 Tower Avenue Superior WI 54880 | Claim 000003, Payment 2.21061% | 7100-000 | | 163.10 | 9,487.87 |

|  | Page Subtotals | 15,197.00 | 5,709.13 |
|---|---|---|---|

Ver: 18.05

FORM 2

**ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD**

Page:   2

Exhibit 9

| | | |
|---|---|---|
| Case No: | 14-07574 -JBS | |
| Case Name: | ZURAKOV, MICHAEL A. | |
| | | |
| Taxpayer ID No: | *******4089 | |
| For Period Ending: | 09/29/15 | |

| | |
|---|---|
| Trustee Name: | Phillip D. Levey |
| Bank Name: | ASSOCIATED BANK |
| Account Number / CD #: | *******5059  Checking |
| | |
| Blanket Bond (per case limit): | $ 5,000,000.00 |
| Separate Bond (if applicable): | |

| 1 | 2 | 3 | 4 | Uniform Tran. Code | 5 | 6 | 7 |
|---|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description Of Transaction | | Deposits ($) | Disbursements ($) | Account / CD Balance ($) |
| 07/29/15 | 010008 | Superior Choice Credit Union<br>Attn: Tracy Livingston<br>2817 Tower Avenue<br>Superior WI 54880 | Claim 000004, Payment 2.21052% | 7100-000 | | 9,487.87 | 0.00 |

|  | | Deposits | Disbursements | Balance |
|---|---|---|---|---|
| | COLUMN TOTALS | 15,197.00 | 15,197.00 | 0.00 |
| | Less: Bank Transfers/CD's | 0.00 | 0.00 | |
| | Subtotal | 15,197.00 | 15,197.00 | |
| | Less: Payments to Debtors | | 0.00 | |
| | Net | 15,197.00 | 15,197.00 | |

| | | NET DEPOSITS | NET DISBURSEMENTS | ACCOUNT BALANCE |
|---|---|---|---|---|
| TOTAL - ALL ACCOUNTS | | | | |
| Checking - ********5059 | | 15,197.00 | 15,197.00 | 0.00 |
| | | ---------------------- | ---------------------- | ---------------------- |
| | | 15,197.00 | 15,197.00 | 0.00 |
| | | ============= | ============= | ============= |
| | | (Excludes Account Transfers) | (Excludes Payments To Debtors) | Total Funds On Hand |

Page Subtotals          0.00          9,487.87